AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## Southern District of Georgia

DOUGLAS ASPHALT COMPANY, et. al

**SUMMONS IN A CIVIL CASE**

V.

QORE, INC, et. al.

CASE NUMBER: 2:06 CV-229-AAA

TO: (Name and address of Defendant)

Applied Technical Services, Inc.
Registered Agent: William H. Lewis
1190 Atlanta Industrial Drive
Marietta, GA 30066

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| Brent J. Savage and C. Dorian Britt | Kenneth Futch |
| Savage Turner Pinson & Karsman | Futch & Bowen, LLC |
| P. O. Box 10600 | P. O. Box 943 |
| Savannah, Georgia 31412 | Blackshear, Georgia 31516 |

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Scott L. Poff                                        10/23/06
CLERK                                               DATE

*Erika Bacon*
(By) DEPUTY CLERK

GAS Rev 1/31/02

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                   Date                     Signature of Server

                                     Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

GAS Rev 1/31/02