# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| DOUGLAS ASPHALT COMPANY, JOEL H. SPIVEY, and KYLE SPIVEY, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| QORE, INC.; APPLIED TECHNICAL SERVICES, INC.; GEORGENE M. GEARY; GLENN DURRENCE; GUOHUA "GEORGE" LIAN; PAUL V. MULLINS; GREG MAYO; LARRY MATTHEWS; HAROLD LINNENKOHL; and RICK DOUDS, | : | |
| Defendants. | : | NO. CV206-229 |

## O R D E R

Presently before the Court is Defendant Qore, Inc.'s motion to dismiss. On January 29, 2007, Plaintiffs filed an amended complaint. Consequently, Defendant's motion is **DISMISSED** as moot. Dkt. No. 24.

**SO ORDERED**, this ___2___ day of February, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA