FILED
U.S. DIST. COURT
SAVANNAH DIV.

2007 AUG 27 A 2: 28

CLERK [signature]
SO. DIST. [GA]

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| DOUGLAS ASPHALT COMPANY, ) <br> JOEL H. SPIVEY and KYLE SPIVEY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> QORE, INC.; APPLIED TECHNICAL ) <br> SERVICES, INC.; GEORGENE M. GEARY; ) <br> GLENN DURRENCE; GUOHUA "GEORGE" ) <br> LIAN; PAUL V. MULLINS; GREG MAYO; ) <br> LARRY MATTHEWS; HAROLD ) <br> LINNENKOHL; and RICK DOUDS, ) <br> ) <br> Defendants. ) | Civil Action No.: 2:06-cv-229-AAA |

**NON-PARTY GEORGIA DEPARTMENT OF TRANSPORTATION'S
MOTION FOR STAY OF RENEWED MOTION FOR A PROTECTIVE ORDER
PENDING APPEAL**

COMES NOW Georgia Department of Transportation ("GDOT"), a non-party in the above-styled action, and moves the Court to stay consideration of GDOT's Renewed Motion for a Protective Order pending appeal, and shows the Court as follows.

Currently pending before this Court is the motion filed by GDOT, which is not a party to the above-styled action. GDOT seeks a protective order in regard to discovery requests filed by the plaintiffs. The Court has scheduled a hearing on the motion for August 30, 2007.

On August 8, 2007, while this motion has been pending, the Court issued its ruling on the defendants' motions for judgment on the pleadings. The GDOT officials' motion was granted in part and denied in part. Specifically, the Court denied the motion with regard to Plaintiffs' equal protection claim. On August 22, 2007, the GDOT officials filed a Notice of Appeal (a copy of which is attached hereto as Exhibit "A."). In that Notice, the GDOT officials note that the Court did

not consider their qualified immunity defense, which makes the Court's otherwise interlocutory order immediately appealable.

Because the appeal process has now started, GDOT respectfully requests that the Court stay its consideration of its motion for protective order, and continue the hearing until such time after the appeal is resolved.

Respectfully submitted this 24th day of August, 2007.

**THURBERT E. BAKER**
Attorney General
Georgia Bar No. 033887

**R. O. LERER**
Deputy Attorney General
Georgia Bar No. 446262

**DENISE E. WHITING-PACK**
Senior Assistant Attorney General
Georgia Bar No. 558559

**ERIC A. KANE**
Assistant Attorney General
Georgia Bar No. 406017
Attorneys for Non-Party
Georgia Department of Transportation

40 Capitol Square, SW
Atlanta, GA 30334
Tel: 404-463-2144
Fax: 404-657-3239

## CERTIFICATE OF SERVICE

This is to certify that I have served a true and correct copy of the foregoing **NON-PARTY GEORGIA DEPARTMENT OF TRANSPORTATION'S MOTION FOR STAY OF RENEWED MOTION FOR A PROTECTIVE ORDER PENDING APPEAL** upon the following parties via U.S. Postal Mail, properly addressed as follows:

Brent J. Savage, Esq.
C. Dorian Britt, Esq.
Savage, Turner, Pinson & Karsman
304 East Bay Street
Savannah, Georgia 31401

Kenneth E. Futch, Jr., Esq.
110 Screven Avenue
Waycross, Georgia 31501

Joseph Staak, Esq.
Smith, Currie & Hancock
2700 Marquis One Tower
245 Peachtree Center Avenue
Atlanta, Georgia 30303

Christopher O'Donnell, Esq.
Drew, Eckl & Farnham, LLP
Post Office Box 624
Brunswick, Georgia 31521

G. Todd Carter, Esq.
Brown, Readdick, Bumgartner, Carter, Strickland & Watkins, LLP
5 Glynn Avenue
Post Office Box 220
Brunswick, Georgia 31521

James M. Deichert, Esq.
Fellows, Johnson & La Briola, LLP
225 Peachtree Street, NE
South Tower, Suite 2300
Atlanta, Georgia 30303

This 24th day of August, 2007.

ERIC A. KANE
Assistant Attorney General
Georgia Bar No. 406017

40 Capitol Square, SW
Atlanta, GA 30334
Tel: 404-463-2144
Fax: 404-657-3239

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| DOUGLAS ASPHALT COMPANY, JOEL H. SPIVEY and KYLE SPIVEY, <br><br> Plaintiffs <br><br> v. <br><br> QORE, INC.; APPLIED TECHNICAL SERVICES, INC.; GEORGENE M. GEARY; GLENN DURRENCE; GUOHUA "GEORGE" LIAN; PAUL V. MULLINS; GREG MAYO; LARRY MATTHEWS; HAROLD LINNENKOHL; and RICK DOUDS <br><br> Defendants | ) ) ) ) ) ) ) ) CIVIL ACTION NO: 2:06-CV-229 ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Georgene M. Geary, Glenn Durrence, Guohua "George" Lian, Paul V. Mullins, Greg Mayo, Larry Matthews, Harold Linnenkohl, and Rick Douds (the "GDOT Defendants") hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the following Order:

1.  The portion of the Order of the district court filed August 8, 2007 denying, in part, the GDOT Defendants' Motion for Judgment on the Pleadings. The district court's Order refused to consider whether the GDOT Defendants were entitled to the defense of qualified immunity on Plaintiffs' federal claims, which makes the court's otherwise interlocutory order immediately appealable. *See*, Collins v. School Bd. of Dade County, 981 F.2d 1203, 1205 (11th Cir.1993); Johnson v. Clifton, 74 F.3d 1087, 1090-

Exhibit "A"

1091 (11th Cir. 1996); Cummings v. DeKalb County, 24 F.3d 1349, 1352 (11th Cir. 1994).

RESPECTFULLY SUBMITTED, this 22nd day of August, 2007.

        THURBERT E. BAKER
        Attorney General
        Georgia State Bar Number: 033887

        ERIC ALEXANDER KANE
        Assistant Attorney General
        Georgia State Bar Number: 406017

        BROWN, READDICK, BUMGARTNER,
        CARTER, STRICKLAND & WATKINS, LLP

        _____
        G. Todd Carter
        Special Assistant Attorney General
        Georgia State Bar Number: 113601

        _____
        Bradley J. Watkins
        Georgia State Bar Number: 740297

5 Glynn Avenue
Post Office Box 220
Brunswick, GA 31521
(912) 264-8544
(912) 264-9667 FAX
tcarter@brbcsw.com

        FELLOWS, JOHNSON & LA BRIOLA, LLP
        James M. Deichert
        Special Assistant Attorney General
        Georgia State Bar Number: 216298

225 Peachtree Street, NE
South Tower, Suite 2300
Atlanta, GA 30303

        Attorneys for Defendants Geary,
        Durrence, Lian, Mullins, Mayo,
        Matthews, Linnenkohl and Douds

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties with a copy of the foregoing pleading, by depositing same in the United States mail with adequate postage thereon to assure delivery to:

Kenneth E. Futch, Jr., Esquire
110 Screven Avenue
Waycross, GA 31501

Brent J. Savage, Esquire
C. Dorian Britt, Esquire
Savage, Turner, Pinson & Karsman
304 East Bay Street
Savannah, GA 31401

Joseph Staak, Esquire
Smith, Currie & Hancock
2700 Marquis One Tower
245 Peachtree Center Avenue
Atlanta, GA 30303

Henry D. Fellows, Jr., Esquire
Thomas Mihill, Esquire
James Deichert, Esquire
Fellows, Johnson & LaBriola, LLP
225 Peachtree Street, Suite 2300
Atlanta, GA 30303

Christopher O'Donnell, Esquire
Drew, Eckl & Farnham, LLP
Post Office Box 624
Brunswick, GA 31521

This 22nd day of August, 2007.

BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP

_____
G. Todd Carter
Special Assistant Attorney General
Georgia State Bar Number: 113601
Attorneys for Defendants Geary, Durrence,
Lian, Mullins, Mayo, Matthews, Linnenkohl
and Douds

5 Glynn Avenue
Post Office Box 220
Brunswick, GA 31521
(912) 264-8544
(912) 264-9667 FAX