AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DOUGLAS ASPHALT COMPANY, JOEL H. SPIVEY, and
KYLE SPIVEY

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV206-229

QORE, INC. and APPLIED TECHNICAL SERVICES, INC.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered February 13, 2009, granting Defendant Qore, Inc.'s motion for summary judgment as to Count III of the complaint, and in accordance with the Order of the Court entered April 27, 2009, granting Defendant Qore Inc.'s motion for summary judgment as to the negligence claim, judgment is hereby entered in favor of the Defendant, QORE, INC., and against the Plaintiffs, DOUGLAS ASPHALT COMPANY, JOEL H. SPIVEY, and KYLE SPIVEY.

April 27, 2009
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03