# In the United States District Court
## for the Southern District of Georgia
### Brunswick Division

FILED
U.S. DISTRICT COURT
2009 APR 28  AM 8:18
CLERK R. Cook
SO. DIST. OF GA.

| | | |
|---|---|---|
| DOUGLAS ASPHALT COMPANY, JOEL H. SPIVEY, and KYLE SPIVEY, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| APPLIED TECHNICAL SERVICES, INC., | : | |
| Defendant. | : | NO. CV206-229 |

### ORDER

On April 27, 2009, the Court entered summary judgment in favor of Qore, Inc., as to all remaining claims pending against it. Plaintiffs' negligence and defamation/false light claims against Defendant Applied Technical Services, Inc., remain pending before the Court. The Clerk erroneously entered judgment in favor of Qore under Federal Rule of Civil Procedure 54(b). The Court **VACATES** the Clerk's entry of judgment dated April 27, 2009.

**SO ORDERED**, this ___28th___ day of April, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)