# In the United States District Court
# for the Southern District of Georgia
## Brunswick Division

| | | |
|---|---|---|
| DOUGLAS ASPHALT COMPANY, JOEL H. SPIVEY, and KYLE SPIVEY, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| APPLIED TECHNICAL SERVICES, INC., | : | |
| Defendant. | : | NO. CV206-229 |

### ORDER

A jury trial is set to commence today in the above-captioned case. Nonparty Evanston Insurance Company filed a motion to intervene in the case last Thursday, a few days before trial. Evanston seeks to intervene to offer proposed jury instructions and a special verdict form. Evanston's eleventh-hour motion is **DENIED** as untimely.

**SO ORDERED**, this __14th__ day of September, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)