## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

### CLERK'S MINUTES - GENERAL

CASE NO. **CV206-229**  
TITLE **DOUGLAS ASPHALT CO.,ETAL VS APPLIED TECHNICAL SERVICES,INC.,ETAL**  
DATE **Sept. 14, 2009**

TIMES **10:40 - 5:00   (Monday)**       TOTAL

Honorable : **Anthony A. Alaimo, U. S. District Court Judge**       Courtroom Deputy : **Nita Rose**  
Court Reporter : **Joan Mobley**       Interpreter :

Attorney for    Plaintiff  
**Brent J. Savage**  
**Kenneth Futch,Jr.**  
**William H. Pinson, Jr.**

Attorney for Defendant(s)  
**James F. Cook,Jr.**  
**B.Kaye Katz-Flexer**  
**Paul W. Bruke**

Attorney for  
**Applied Technical Services**

PROCEEDINGS : **JURY TRIAL:**       ☑ In Court    ☐ In Chambers

Jury trial proceeded at 10:40 a.m. before Judge Alaimo.  
Preliminary Instructions to the Jury  10:42 - 10:49  
Witnesses sworn, rule invoked  
Opening Statements by parties to the Jury:  
Brent Savage:     10:55 - 11:27  
B.Kaye Katz-Flexer  11:27 - 11:48  
Court recess  11:50 - 1:15  
Trial proceeded on behalf of Plaintiff with taking of testimony and introduction of evidence.  
Recess: 2:38 -2:57   Questions from the jury to the court.  
Trial resumed on behalf of Plaintiff with the playing of video deposition of Dr. Zahang.  
Recess  3:53 to 4:06  Trial resumed  with the continuing of playing of video deposition of Dr. Zahang.  
Court recess at 5:00  until 9:00 a.m  Sept. 15.

(Rev 7/2003)       GENERAL CLERK'S MINUTES

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. CV206-229　　　　　　　　　　　　　　　　　DATE Sept. 14, 2009

TITLE DOUGLAS ASPHALT CO., ETAL VS APPLIED TECHNICAL SERVICES, INC., ETAL

PROCEEDINGS (continued): JURY TRIAL:

→ September 15, 2009: 9:00 A.M. In chambers conference held;
Discovery dispute: parties can depose expert witness
Court grants parties oral motion for two weeks continuance of trial. Trial continued until September 28th at 9:00 o'clock.
Jury brought in Courtroom at 9:50 a.m. and dismissed until 9/28/09.
Court recess 10:00

→ 9/28/2009, 9:10 a.m. Trial resumed on behalf of Plaintiff with direct examination of J. Carroll Purvis. Sidebar: re: witness Plaintiff calls witness J. Carroll Purvis with cross examination. Court takes 15 minute break. Court continues with Plaintiff taking direct examination of Witness Elijah Thomas. Court recess 12:00 - 1:30 Trial proceeded on behalf of Plaintiff with direct examination of Gayle Wyn Jones. Court recess: 2:30 - 2:45. Trial proceeded on behalf of Plaintiff with direct examination of Joel Spivey. Court recess: 4:30 - 4:40 Trial resumed with the continuance of taking testimony of Cathy Mansfield by Pltf.
Court recess at 4:45 until 9:00 a.m, Sept. 29th

→ Sept. 29th 8:50 - 9:00 In chambers Conference: Pltf request to take his expert witness Crumbliss out of order, objection by deft. but consents to recess
9:00 jury brought into jury room, trial proceeded on behalf of Pltf with cross examination of Dennis Kelly. side bar   Deft reserves right to call for Direct.
Jury excused until 1:00 p.m.. Court continues with Motion Hearing: Court rules that all Pltf and Defts' pending motions are overruled Court recessed at 9:55 am until 1:00 pm
1:05, Trial proceeded with the taking of testimony of Dr. Crumbliss by Plaintiff.
Dr Crumbliss tendered as expert witness - granted   Court recess 2:11 - 2:30
Trial continued with cross examination of Dr. Crumbliss. (sidebar held)
Plaintiff rest  3:03 pm
Trial resumed on behalf of Deft with direct taking of testimony of Dennis Kelly (side bar held) Court recess at 5:00 pm until 8:30 am, 9/30.

(Rev 7/2003)　　　　　　　　　　　　　　　　　　　　　GENERAL CLERK'S MINUTES (continued)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

## CLERK'S MINUTES - GENERAL

CASE NO. CV206-229  
TITLE  DOUGLAS ASPHALT, ETAL VS APPLIED TECHNICAL SERVICES  
DATE  9/30-10/1/09

TIMES  8:30 am - 4:15   10/1 9:00 - 3:07  
TOTAL

Honorable: **Anthony A. Alaimo, U. S. District Court Judge**  
Courtroom Deputy: **Nita Rose**  
Court Reporter: **Joan Mobley**  
Interpreter:

| Attorney for Plaintiff | Attorney for Defendant(s) | Attorney for |
|---|---|---|
| Brent J. Savage<br>Kenneth Futch, Jr. | James F. Cook, Jr.<br>B. Kaye Katz-Flexer<br>Paul W. Bruke | Deft. |

PROCEEDINGS: **Jury Trial**   ☑ In Court   ☐ In Chambers

→ 9/30/09; 8:30 a.m. Outside the presence of the Jury; Motion by Deft for Directed Verdict, response by Pltf, Reply by Deft, Rebuttal by Pltf. Court reserves ruling. 9:00 a.m., jury brought into Courtroom and trial proceeded with continuing cross examination of Witness Richard Douds. (sidebar held, re: testimony of Georgene Geary); Court recess 10:15 - 10:30. Trial resumed on behalf of deft with direct examination of Donald McKay. Court recess 11:40 - 1:30 Trial resumed with Deft taking the continuing testimony of Phil Rogers. Court recess 3:09 - 3:25 Trial resumed on behalf of Deft taking re-direct examination of Phil Rogers
Deft rest: 3:59 pm   Pltf calls Rebuttal Witness Kyle Spivey. Jury excused at 4:05 until 9:00 am, 10/1/1009
Trial continued with Deft's Renewed Motion for Directed Verdict. Pltf tenders Exhibits
→ 1,2,4.5,6,7 (6 & 7 admitted over objections) court recess 4:15pm until 9:00 a.m. 10/1/2009
10/1/2009, 9:00 a.m. Questions from the jury to the Court, Judge answers questions.
Closing arguments to Court and jury by counsel:
Brent Savage 9:12 - 9:55 am,

(Rev 7/2003)   GENERAL CLERK'S MINUTES

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

## CLERK'S MINUTES - GENERAL

CASE NO. CV206-229                              DATE 9/30-10/1/09

TITLE DOUGLAS ASPHALT, ETAL VS APPLIED TECHNICAL SERVICES

PROCEEDINGS (continued): Jury Trial

Recess 9:55 - 10:15.
10:00 - 10:10  In chambers charge conference held, returned to Courtroom
Closing arguments:   Paul Burke   10:15 - 10:54
                     Brent Savage 10:54 - 11:04
Court recess 11:04 - 11:12
Charge of Court:   11:12 - 11:40
Side Bar - exception by Charge by Deft
Evidence to Jury 11:41
Verdict 3:07 pm  Jury Polled
Clerk to enter jugment.

Page 1/4

Plaintiff's [illegible]

[illegible] Ross                     9:[?] - 9:32   Direct
                                     9:32 - 9:41   Cross
                                     9:41 - 9:42   ReDirect

George Lian                          9:4[?] - 10:22  Plf[illegible]
                                    10:22 - 10:[?]   Def[illegible]
                                    10:[?] - 10:3[?]  Plf[illegible]

Elijah T[illegible]                  [?]:[?] - 11:0[?]  Direct
                                    11:0[?] - 11:12   Cross
                                    11:12 - 11:12   ReDirect

Donald McKay III                    11:[?] - 11:59   Direct

C[illegible] W[illegible]            1:[?] - 1:39    Direct
                                     1:39 - 1:41   [illegible]
                                     1:41 - 1:47   [illegible]

Philip Ford R[illegible]             1:42 - 2:00    Direct

Jay Spivey                           2:45 - 3:[?]   Direct
                                     3:[?] - 3:52   Cross
                                     3:52 - 3:55   [illegible]

Cathy Mingfield                      3:58 - 4:48    Direct
                                Continued [illegible]
                                     9:00

Page IV

Mister Pltf

Dennis Kelly                                    9:10 – 9:51   Cross

Alvin Camross (Dr)                              1:07 – 1:51   Direct
Expert Witness                                  1:52 – 2:59   Cross
                                                2:59 – 3:02   Re-Direct

Deft Witness
Dennis Kelly                                    3:04 – 3:26   Direct
                                                3:26 – 3:33   Cross
                                                3:33 – 3:34   Re-Direct

Cathy Mansfield                                 3:45 – 4:01   Direct
                                                4:01 – 4:20   Cross

Richard Douds                                   4:24 – 4:44   Direct
                                                4:44 – 5:00   Cross

9-30   Richard Douds                            9:04 – 9:08   Re Cross
                                                9:08 – 9:12   Re-Direct

Georgene Geary                                  9:15 – 9:40   Direct
                                                9:40 – 10:12  Cross
                                                10:12 – 10:16 Re-Direct

Donald McKay                                    10:35 – 10:56  Direct
                                                10:56 – 11:15  Cross
                                                11:15 – 11:20  Re-Direct

Aj 3   9-30-09

Phil Rogers

| | |
|---|---|
| 11:29 - 11:40 | Direct |
| 1:30 - 1:49 | Direct |
| 1:49 - 2:16 | Cross |
| 2:16 - 2:18 | Re-Direct |

Harold Linnenkohl

| | |
|---|---|
| 2:19 - 2:29 | Direct |
| 2:29 - 3:10 | Cross |
| 3:15 - 3:34 | Re-Direct |

Jim Hills

| | |
|---|---|
| 3:35 - 3:45 | Direct |
| 3:45 - 3:58 | Cross |

Kyle Spivey
Pltf Rebuttal Witness

| | |
|---|---|
| 4:00 - 4:04 | Direct |
| 4:04 - 4:05 | Cross |