\* Is a rotating machine a standard piece of equipment for a lab?

\* Are there quality control logs for the AA machine?

U.S. DISTRICT COURT
Southern District of Georgia
Filed in Open Court

9:0 A.M.
10-1, 20 09

Deputy Clerk