GAS 187(Rev. 9/03) Exhibit and Witness List

# United States District Court
## Southern District of Georgia

| DOUGLAS ASPHALT COMPANY, JOEL H. SPIVEY and KYLE SPIVEY | V. | APPLIED TECHNICAL SERVICES, INC. | EXHIBIT AND WITNESS LIST |
|---|---|---|---|

CASE NUMBER: 2:06-cv-229AAA

| PRESIDING JUDGE<br>Anthony A. Alaimo | PLAINTIFF'S ATTORNEY<br>BRENT J. SAVAGE | DEFENDANT'S ATTORNEY<br>B. KAYE KATZ-FELZER |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Joel H. Spivey |
| | | | | | Kyle Spivey |
| | | | | | James Howard Allred |
| | | | | | Lonnie R. Anderson, Jr. |
| | | | | | Christopher Lee Arnold |
| | | | | | Elizabeth Bryant |
| | | | | | Owen Bryant |
| | | | | | Samuel David Doss |
| | | | | | Richard Allen Douds |
| | | | | | Gayle Wyn Jones |
| | | | | | Kisia Kimmons |
| | | | | | George Lian |
| | | | | | Donald Mathis McKay |
| | | | | | Phillip Earl Rogers |
| | | | | | Elijah Thomas |
| | | | | | Peter Wu |
| | | | | | Sue Zahang |
| | | | | | J. Carroll Purvis |
| 1 | | 9-30 | ✓ | ✓ | Order dated January 13, 2006 from the Superior Court of Tifton Judicial Circuit |
| 2 | | 9-30 | ✓ | ✓ | Order dated March 20, 2006 entered by the Fulton County Superior Court |
| 3 | | | ✓ | | Financial Statements relating to Douglas Asphalt Company |
| 4 | | 9-30 | ✓ | ✓ | Douglas Asphalt Plant diaries |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

GAS 187(Rev. 9/03)     EXHIBIT AND WITNESS LIST - CONTINUATION

DOUGLAS ASPHALT COMPANY, JOEL H. SPIVEY and KYLE SPIVEY    v.    APPLIED TECHNICAL SERVICES, INC.

CASE NUMBER: 2:06-cv-229AAA

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 5 | | 9.30 | ✓ | ✓ | Photographs produced by Qore |
| | | | | | ~~Photograph of Douglas facility~~ |
| 6 | | 9.30 | ✓ | ✓ | [illegible]: DF |
| 7 | | 9.30 | ✓ | ✓ | Letter Michelle Wright to Joel Spivey dated 11-18-04 |