U.S. DISTRICT COURT
Southern District of Georgia
Filed in Open Court

3:10 P.M.

10-1, 20 09

Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| DOUGLAS ASPHALT COMPANY, JOEL H. SPIVEY, and KYLE SPIVEY, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| APPLIED TECHNICAL SERVICES, INC., | : | |
| Defendant. | : | NO. CV206-229 |

### JURY VERDICT FORM

I. We, the Jury find in the favor of the Plaintiffs and against the Defendant, in the amount of $ 150 million.

II. We, the Jury, find that Plaintiffs are entitled to an award of punitive damages.

_____ Yes          ✓ _____ No

SO SAY WE ALL.

10/1/09
Date

*Paulette Parker* (signature)
Foreperson