# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA

2009 OCT -2  AM 11: 50

## JUDGMENT IN A CIVIL CASE

DOUGLAS ASPHALT COMPANY,
JOEL H. SPIVEY, AND KYLE SPIVEY

    VS                                          CASE NUMBER: CV206-229

APPLIED TECHNICAL SERVICES, INC.

       This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

       **IT IS ORDERED AND ADJUDGED** that in accordance with such verdict that judgment is hereby entered in favor of the Plaintiffs, Douglas Asphalt Company, Joel H. Spivey, and Kyle Spivey against the Defendant, Applied Technical Services, Inc., the sum of ONE HUNDRED FIFTY MILLION AND 00/100 ($150,000,000.00) DOLLARS together with costs of court, said costs to be taxed by the Clerk of this Court.

       **IT IS FURTHER ORDERED AND ADJUDGED** that the Plaintiffs are not entitled to an award of punitive damages.

Approved by: _____

October 2, 2009                                                 SCOTT L. POFF, Clerk

                                                                                Deputy Clerk

U.S. DISTRICT COURT
Southern District of Georgia
Filed in Open Court
3:10 P. M.
10-1, 20 09
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| DOUGLAS ASPHALT COMPANY, JOEL H. SPIVEY, and KYLE SPIVEY, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| APPLIED TECHNICAL SERVICES, INC., | : | |
| Defendant. | : | NO. CV206-229 |

### JURY VERDICT FORM

I.  We, the Jury find in the favor of the Plaintiffs and against the Defendant, in the amount of $ 150 million.

II. We, the Jury, find that Plaintiffs are entitled to an award of punitive damages.

_____ Yes    ✓ _____ No

SO SAY WE ALL.

10/1/09
Date

Paulette Parker
Foreperson